UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| INNOMARK COMMUNICATIONS LLC : | Case No. 1:16-cv-1057-TSB |
| : | |
| Plaintiff, : | Judge Timothy S. Black |
| : | |
| v. : | |
| : | |
| MARK N. MARTH : | **INNOMARK'S MOTION TO FILE** |
| : | **DOCUMENTS UNDER SEAL** |
| Defendant. : | |
| : | |

_____

Pursuant to S.D. Ohio Civ. R. 5.2.1, Plaintiff Innomark Communications LLC ("Innomark") respectfully moves this Court for an Order, via notation, pursuant to Paragraph 17 of the Stipulated Confidentiality and Protective Order [Doc # 23], permitting Innomark to file documents under seal. Innomark makes this request to address the designation of certain documents as "Confidential" and "Attorney's Eyes Only" pursuant to the Protective Order entered by this Court on November 23, 2016. Innomark has also moved, concurrently with this motion, for an *in-camera* inspection of documents designated as "Attorney's Eyes Only." For these reasons, Innomark respectfully requests an Order, via notation, to file documents under seal which have been designated as "Attorney's Eyes Only" pending this Court's *in-camera* inspection of such documents.

Respectfully submitted,


 /s/ Timothy G. Pepper
Timothy G. Pepper (0071076)
      Trial Attorney
Valerie M. Talkers (0088769)
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423
Tel:  (937) 641-1740
Fax:  (937) 228-2816
pepper@taftlaw.com
vtalkers@taftlaw.com

Counsel for Plaintiff
Innomark Communications LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed and served via the Court's CM/ECF system on January 10, 2017, upon the following counsel of record:

Karen T. Dunlevey, Esq.
Gretchen M. Treherne, Esq.
James M. Stone, Esq.
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, Ohio 45202
Karen.dunlevey@jacksonlewis.com
Gretchen.treherne@jacksonlewis.com
James.stone@jacksonlewis.com

Counsel for Defendant


 s/ Timothy G. Pepper
Timothy G. Pepper (0071076)

18119185.1